**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00658-CV

## JAY SANDON COOPER, Appellant

## V.

## THE BANK OF NEW YORK MELLON TRUST CO., Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-06869**

## ORDER

On August 8, 2013, the Court ordered Deana Savage, Official Court Reporter for the 95th Judicial District Court of Dallas County, Texas, to file, within thirty days, the reporter's record from the trial held on July 30, 2012 through August 1, 2012. As of today's date, the requested reporter's record has not been filed.

As noted in our August 8, 2013 order, appellant is indigent and is allowed to proceed without advance payment of costs. Accordingly, we **ORDER** Deana Savage to file, on or before **OCTOBER 14, 2013**, the reporter's record from the trial held on July 30, 2012 through August 1, 2012.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Deana Savage, appellant, and counsel for appellee.

/s/      ELIZABETH LANG-MIERS
            JUSTICE